IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

EMERGENT BIOSOLUTIONS INC.,

        Plaintiff,

-against-

DANIEL D. ADAMS, AND
MANON M.J. COX,

        Defendants.

Civil Action No. 3:08-cv-1529 (VLB)

May 21, 2010

---

## JOINT MOTION FOR EXTENSION OF TIME FOR DISCOVERY DEADLINE ONLY

Pursuant to Loc. Civ. R. 7(b)3 and this Court's Chambers Practices, Plaintiff Emergent BioSolutions Inc. ("Emergent") and Defendants Daniel D. Adams and Manon M.J. Cox ("Defendants") respectfully request an eleven-day extension of the May 30, 2010 discovery deadline set forth in the Court's April 23, 2010 Order, to June 10, 2010. This request would not disrupt the remaining schedule as the parties are not seeking to extend time on the current June 30, 2010 deadline for dispositive motions.

Since the time of the Court's April 23, 2010 order, the parties have been cooperating diligently to complete document discovery and depositions, which are underway. However, the travel schedules of three remaining deponents, including the two Defendants, have prevented the scheduling of their depositions prior to May 30, 2010. A brief postponement of these depositions will not delay

any other part of the discovery process, which the parties anticipate will be otherwise complete by May 30, 2010.

Accordingly, Emergent and Defendants respectfully request an eleven-day extension of the discovery deadline, until June 10, 2010, to permit the parties sufficient time to conduct these depositions in this matter. The parties will submit any dispositive motions by the June 30, 2010 deadline set forth in the Court's April 23, 2010 Order.

This is the fourth motion seeking an extension of the discovery deadlines that the parties have filed.

Respectfully submitted:

/s/
Jonathan B. Orleans  (CT05440)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
tel.: (203) 330-2000
fax: (203) 330-2288
email: jborleans@pullcom.com

*Of Counsel*

Howard M. Shapiro
Anne K. Small
Sanket J. Bulsara
Charu A. Chandrasekhar
Catherine Marlantes Rahm
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

*Attorneys for Plaintiff Emergent BioSolutions Inc.*

/s/
---
Edward R. Scofield
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
tel: (203) 333-9441
fax: (203) 333-1489
email: escofield@znclaw.com

*Of Counsel*
Steven Johnson
Gabe Berg
Kennedy Johnson Gallagher LLC
99 Wall Street - 15th Floor
New York, New York 10005
tel: (212) 248-2220
fax: (212) 248-0170

**Attorneys for Defendants Daniel D. Adams and Manon M.J. Cox**

## CERTIFICATION

This is to certify that on this date, a copy of the foregoing Joint Motion for Extension of Time was filed electronically and served by mail on any party or counsel unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: Bridgeport, Connecticut this 21st day of May, 2010.

_____/s/_____    Jonathan B. Orleans