UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMERGENT BIOSOLUTIONS INC., | Civil Action No. |
| Plaintiff, | 3:08-cv-01529 (VLB) |
| -against- | |
| DANIEL D. ADAMS, AND MANON M.J. COX, | June 30, 2010 |
| Defendants. | |

## MOTION ON CONSENT TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT

1.  Defendants Daniel D. Adams and Manon M.J. Cox hereby move, with the Plaintiff's consent, for an order authorizing the defendant to file its Motion for Summary Judgment and supporting documents (the "Motion") on Tuesday July 6, 2010, provided that the Motion is served on the plaintiff no later than today, June 30, 2010 (which is the original due date set forth in the Court's Order dated April 26, 2010).

2.  The reason for the requested extension is to allow the parties to determine whether it is necessary, under the parties' stipulated Protective Order dated May 14, 2010 ("Protective Order"), for the defendant to move to file its Motion under seal, and to file only a redacted version electronically.  While the Motion contains certain information that the Plaintiff has designated as "Confidential" pursuant to the Protective Order, counsel for plaintiff has indicated that there is a possibility that, upon review of the papers, plaintiff would consent to defendant filing its Motion on the public record, in un-redacted form, or at least to limit the need to redact certain material that would otherwise remain Confidential under the

Protective Order, thereby potentially obviating the need for a motion to file under seal, and/or reducing the need for the defendant to expend time and resources redacting its Motion.

3.  In light of the above, defendants respectfully request the Court to enter an order  providing that (i) defendants will serve their Motion for Summary Judgment on or before Wednesday, June 30, 2010, (ii) defendants will, on or before Tuesday, July 6, 2010, either (a) file electronically an unredacted copy of the Motion, provided that defendants have obtained plaintiffs' consent to do so, or (b) file electronically a redacted copy of the Motion papers, along with a motion to file under seal, and (iii) plaintiff will file and serve its response on or before July 27, 2010.

4.  Defendants have consulted counsel for plaintiff, Anne Small, with regard to this motion, and Ms. Small has consented to the relief sought herein.

5.  This is the first requested extension of this deadline.

WHEREFORE, defendants respectfully request that this consent motion be granted.

Respectfully submitted,

_____/s/_____
Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, Connecticut 06604
Tel.:  (203) 332-5726
Fax:  (203) 333-1489
Email:  escofield@znclaw.com

*Attorneys for Defendants*
*Daniel D. Adams and Manon M.J. Cox*

**Of Counsel:**

**Steven Johnson, Esq. (admitted *pro hac vice*)**
**Gabriel Berg, Esq. (admitted *pro hac vice*)**

**Kennedy Johnson Gallagher LLC**
**99 Wall Street - 15th Floor**
**New York, New York 10005**
**Tel: (212) 248-2220**
**Fax:  (212) 248-0170**
**Email:  SJohnson@kjglaw.com**
**Email:  gberg@kjglaw.com**

<u>CERTIFICATION</u>

I hereby certify that on June 30, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/
Edward R. Scofield (ct00455)