UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMERGENT BIOSOLUTIONS INC., <br><br> Plaintiff, <br><br> -against- <br><br> DANIEL D. ADAMS, AND MANON M.J. COX, <br><br> Defendants. | Civil Action No. <br> 3:08-cv-01529 (VLB) <br><br><br> July 6, 2010 |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5(e) of the Local Rules for the District of Connecticut, Defendants Daniel D. Adams and Manon M.J. Cox hereby move for leave to file under seal four (4) unredacted exhibits to the Declaration of Steven Johnson in Support of Defendants' Motion for Summary Judgment.

On June 30, 2010, defendants served their moving papers on the plaintiff, who reviewed those papers in order to determine whether any materials which had been previously designated by plaintiff as Confidential under the parties' Stipulated Protective Order, dated May 14, 2010 ("Protective Order"), ought to be filed under seal. This process was designed by the parties to minimize, to the extent possible, the need for redaction of the moving papers. Earlier today, plaintiff's counsel advised that it sought such protection for three exhibits, and a portion of a fourth, annexed to the Declaration of Mr. Johnson.

The four exhibits are:

Exhibits 4, 11 (portion), 32, and 33. Each of these contains information previously designated by plaintiff as including Confidential information under the terms of the Protective Order.

Accordingly, as required by Local Rule 5(e), defendants are filing on the public record a redacted version of those four exhibits to the Declaration, and are submitting to the Clerk's office along with a copy of this motion the four unredacted exhibits annexed to a duplicate copy of the Johnson Declaration.

WHEREFORE, defendants respectfully request that their Motion for Leave to File Under Seal four exhibits to the Johnson Declaration be granted.

Respectfully submitted,

_____
Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, Connecticut 06604
Tel.: (203) 332-5726
Fax: (203) 333-1489
Email: escofield@znclaw.com

*Attorneys for Defendants*
*Daniel D. Adams and Manon M.J. Cox*

Of Counsel:

**Steven Johnson, Esq.** (admitted *pro hac vice*)
**Gabriel Berg, Esq.** (admitted *pro hac vice*)

**Kennedy Johnson Gallagher LLC**
**99 Wall Street - 15th Floor**
**New York, New York 10005**
**Tel: (212) 248-2220**
**Fax: (212) 248-0170**
**Email: SJohnson@kjglaw.com**
**Email: gberg@kjglaw.com**

## CERTIFICATION

I hereby certify that on July 6, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
**Edward R. Scofield (ct00455)**