IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| EMERGENT BIOSOLUTIONS INC., <br><br> Plaintiff, <br><br> -against- <br><br> DANIEL D. ADAMS, AND MANON M.J. COX, <br><br> Defendants. | Civil Action No. 3:08-cv-1529 (VLB) <br><br> July 14, 2010 |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. Loc. Civ. R. 7(b)3 and in accordance with this Court's Chambers Practices, Plaintiff Emergent BioSolutions Inc., ("Emergent") and Defendants Daniel D. Adams and Manon M.J. Cox ("Defendants") respectfully jointly request a brief extension of the deadlines for serving and filing certain papers in connection with Defendants' pending motion for summary judgment. The requested extensions will not affect other deadlines previously set by the Court, including the February 28, 2011 deadline for the submission of the Joint Trial Memorandum or the April 5, 2011 date for jury selection.

On June 30, 2010, Defendants served papers in support of their motion for summary judgment on Plaintiff in accordance with the deadline set forth in the Court's Order dated April 23, 2010 [Docket Entry # 50] and simultaneously filed a motion on consent seeking an extension of time until July 6, 2010 to file these papers with the Court and an extension of time until July 27, 2010 for Plaintiff to serve and file its opposition papers.  Defendants sought this extension of time to

file in order to allow the parties to determine what, if any, material had to be filed under seal pursuant to the parties' stipulated Protective Order dated May 14, 2010 and to seek to limit any such sealing.  On July 2, 2010, the Court granted the Defendants' motion.  [Docket Entry #64].

The parties now jointly seek an extension of time in which to serve and file further papers in connection with Defendants' motion for summary judgment. Pursuant to this request, Emergent's opposition to Defendants' motion for summary judgment would be served on August 2, 2010 and filed with the Court on August 6, 2010; Defendants' reply to Emergent's opposition papers would be served on August 18, 2010 and filed with the Court on August 23, 2010.  The parties respectfully jointly request these extensions of time to accommodate the limitations imposed by travel schedules relating to other cases and personal vacation schedules of counsel and the parties.  This proposed extension will also provide the parties sufficient time to respond fully to each others' papers given that there are two defendants and a substantial record from the prior Delaware bankruptcy litigation involving the parties.  Additionally, this proposed schedule, by providing a few days between service and filing, will give the parties adequate time to consult with each other to determine what, if any, material must be filed under seal and to seek to limit any such sealing.

This is the first motion seeking an extension of these particular summary judgment deadlines that the parties have filed.

WHEREFORE, the parties jointly request that the Court grant this motion and set the following deadlines:

(1) for Plaintiff to serve on Defendants its opposition to the motion for summary judgment, August 2, 2010;

(2) for Plaintiff to file its opposition to the motion for summary judgment, along with any motion to seal, August 6, 2010;

(3) for Defendants to serve their reply to Plaintiff's opposition to the motion for summary judgment, August 18, 2010; and

(4) for Defendants to file their reply to Plaintiff's opposition to the motion for summary judgment, along with any motion to seal, August 23, 2010.

Respectfully submitted:

_____/s/_____
Jonathan B. Orleans  (CT05440)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
tel.:  (203) 330-2000
fax:  (203) 330-2288
email: jborleans@pullcom.com

*Of Counsel*

Howard M. Shapiro
Anne K. Small
Sanket J. Bulsara
Charu A. Chandrasekhar
Catherine Marlantes Rahm
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

*Attorneys for Plaintiff Emergent BioSolutions Inc.*

        /s/
--------------------------------
**Edward R. Scofield**
**Zeldes, Needle & Cooper, P.C.**
**1000 Lafayette Blvd., Suite 500**
**Bridgeport, CT 06604**
**tel:  (203) 333-9441**
**fax: (203) 333-1489**
**email:  escofield@znclaw.com**

*Of Counsel*
**Steven Johnson**
**Gabe Berg**
**Kennedy Johnson Gallagher LLC**
**99 Wall Street - 15th Floor**
**New York, New York 10005**
**tel:  (212) 248-2220**
**fax: (212) 248-0170**

*Attorneys for Defendants Daniel D. Adams and Manon M.J. Cox*

## **CERTIFICATION**

      **This is to certify that on this date, a copy of the foregoing Joint Motion for Extension of Time was filed electronically and served by mail on any party or counsel unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.**

      **Dated:  Bridgeport, Connecticut this 14th day of July, 2010.**


                /s/                Jonathan B. Orleans


ACTIVE/72650.1/JORLEANS/2199027v1