IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EMERGENT BIOSOLUTIONS INC.,**<br><br>       Plaintiff,<br><br>-against-<br><br>**DANIEL D. ADAMS, AND MANON M.J. COX,**<br><br>       Defendants. | Civil Action No. 3:08-cv-1529 (VLB)<br><br>July 16, 2010 |

**JOINT MOTION FOR CLARIFICATION OF ORDER GRANTING MOTION FOR EXTENSION OF TIME**

  Plaintiff Emergent BioSolutions Inc. and Defendants Daniel D. Adams and Manon M.J. Cox respectfully jointly request an order clarifying this Court's order of July 16, 2010 (Docket Entry 73) granting the parties' joint motion for extension of time (Docket Entry 71) concerning the deadlines for the opposition and reply to Defendants' pending motion for summary judgment (Docket Entry 65). Specifically, the parties jointly request clarification that the extension of time is to <u>August 6, 2010</u> for Plaintiff to file its opposition to the pending motion, and to <u>August 23, 2010</u> for Defendants to file their reply.  (The parties' previous motion intended to request these deadlines, and the Court appears to have granted this motion in Docket Entry 73, but that docket entry references a single, earlier date for both the opposition and reply.)

                   **Respectfully submitted:**

_____/s/_____
**Jonathan B. Orleans (CT05440)**
**Pullman & Comley, LLC**
**850 Main Street, P.O. Box 7006**
**Bridgeport, CT 06601-7006**
**tel.: (203) 330-2000**
**fax: (203) 330-2288**
**email: jborleans@pullcom.com**

*Of Counsel*

**Howard M. Shapiro**
**Anne K. Small**
**Sanket J. Bulsara**
**Charu A. Chandrasekhar**
**Catherine Marlantes Rahm**
**Wilmer Cutler Pickering Hale and Dorr LLP**
**399 Park Avenue**
**New York, NY 10022**

*Attorneys for Plaintiff Emergent BioSolutions Inc.*


_____/s/_____
**Edward R. Scofield**
**Zeldes, Needle & Cooper, P.C.**
**1000 Lafayette Blvd., Suite 500**
**Bridgeport, CT 06604**
**tel: (203) 333-9441**
**fax: (203) 333-1489**
**email: escofield@znclaw.com**

*Of Counsel*

**Steven Johnson**
**Gabe Berg**
**Kennedy Johnson Gallagher LLC**
**99 Wall Street - 15th Floor**
**New York, New York 10005**
**tel: (212) 248-2220**
**fax: (212) 248-0170**

*Attorneys for Defendants Daniel D. Adams and Manon M.J. Cox*

- 2 -

**CERTIFICATION**

      This is to certify that on this date, a copy of the foregoing Joint Motion for Clarification of Order Granting Motion For Extension of Time was filed electronically and served by mail on any party or counsel unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

      Dated:  Bridgeport, Connecticut this 16th day of July, 2010.

                                                /s/
                                      Jonathan B. Orleans

ACTIVE/72650.1/JORLEANS/2200594v1