UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMERGENT BIOSOLUTIONS INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>DANIEL D. ADAMS, AND MANON M.J. COX,<br><br>                              Defendants. | Civil Action No.<br>3:08-cv-01529 (VLB)<br><br><br>August 13, 2010 |

### MOTION ON CONSENT FOR LEAVE
### TO FILE AN OVERSIZED REPLY MEMORANDUM

1.    Defendants Daniel D. Adams and Manon M.J. Cox hereby move, with the Plaintiff's consent, for an order authorizing the defendants to file an oversized reply memorandum.

2.    Given the numerous arguments raised by the parties in their moving and opposition briefs and affidavits submitted in connection with defendants' motion for summary judgment, defendants request leave to file a reply not to exceed 20 pages.

3.    Plaintiff's counsel has consented to this request.

WHEREFORE, defendants respectfully request that this consent motion be granted.

Respectfully submitted,

*[signature]*

Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, Connecticut 06604
Tel.: (203) 332-5726
Fax: (203) 333-1489
Email: escofield@znclaw.com

*Attorneys for Defendants*
*Daniel D. Adams and Manon M.J. Cox*


Of Counsel:

Steven Johnson, Esq. (admitted *pro hac vice*)
Gabriel Berg, Esq. (admitted *pro hac vice*)

Kennedy Johnson Gallagher LLC
99 Wall Street - 15th Floor
New York, New York 10005
Tel: (212) 248-2220
Fax: (212) 248-0170
Email: SJohnson@kjglaw.com
Email: gberg@kjglaw.com

2

## CERTIFICATION

I hereby certify that on August 13, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_/s/ Edward R. Scofield_
Edward R. Scofield (ct00455)