IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------------x
: 
EMERGENT BIOSOLUTIONS INC., : Civil Action No.
: 3:08-cv-01529-VLB
                Plaintiff, :
:
    -against- :
:
DANIEL D. ADAMS, AND MANON M.J. COX, :
: August 23, 2010
                Defendants. :
------------------------------------------------------------------------x

**REPLY DECLARATION OF STEVEN JOHNSON IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**STEVEN JOHNSON**, pursuant to 29 U.S.C. 1746, declares as follows:

1. I am a member of the firm Kennedy Johnson Gallagher LLC, counsel to defendants Daniel D. Adams and Manon M.J. Cox (collectively "Defendants"). I am fully familiar with the pleadings in this matter and unless otherwise stated, I have personal knowledge of the facts stated below.

2. I submit this Declaration to place before the Court true and correct copies of certain documents and other evidentiary materials relied on by Defendants in further support of their Motion for Summary Judgment.

3. Attached hereto as Exhibit 37 is a true and correct copy of an excerpt from Plaintiff's Objections and Responses to Daniel Adams' and Manon Cox's' (sic) First Set of Requests for Production of Documents and First Set of Interrogatories, dated February 2, 2010.

4. Attached hereto as Exhibit 38 is a true and correct copy of relevant excerpts from the deposition transcript of David Turrill, dated May 28, 2010.

5. Attached hereto as Exhibit 39 is a true and correct copy of relevant excerpts from the deposition transcript of Fuad El-Hibri, dated June 10, 2010.

6. Attached hereto as Exhibit 40 is a true and correct copy of relevant excerpts from the deposition transcript of Daniel Abdun-Nabi, dated May 26, 2010.

7. Attached hereto as Exhibit 41 is a true and correct copy of relevant excerpts from the deposition transcript of Denise Esposito, dated May 20, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 23d Day of August, 2010 in New York, New York.

_____
Steven Johnson