UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMERGENT BIOSOLUTIONS INC., <br><br> Plaintiff, <br><br> -against- <br><br> DANIEL D. ADAMS, AND MANON M.J. COX, <br><br> Defendants. | Civil Action No. <br> 08-CV-01529 (VLB) <br><br> CERTIFICATE OF SERVICE <br><br> August 24, 2010 |

I, Steven Johnson, hereby certify that on August 23, 2010, I caused a true copy of the Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment, and the Reply Declaration of Steven Johnson in Further Support of Defendants' Motion for Summary Judgment, to be filed electronically and served by mail on anyone unable to accept electronic service. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: August 24, 2010

/s/    Steven Johnson
Steven Johnson, *pro hac vice*
Kennedy Johnson Gallagher LLC
99 Wall St. 15th Floor
New York, NY 10005
Telephone: (212) 248-2220
Facsimile: (212) 248-0170
E-mail: sjohnson@kjglaw.com
Attorneys for Defendants Daniel D. Adams and Manon J. Cox