IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMERGENT BIOSOLUTIONS INC., <br><br> Plaintiff, <br><br> -against- <br><br> DANIEL D. ADAMS, AND MANON M.J. COX, <br><br> Defendants. | Civil Action No. 3:08-cv-1529 (VLB) <br><br> August 25, 2010 |

## MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff Emergent BioSolutions Inc. hereby seeks leave to file a sur-reply memorandum of law in response to Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment (Docket Entry No. 85). Specifically, Plaintiff seeks leave to file a sur-reply brief not to exceed 12 pages and to be filed no later than September 10, 2010.

In support of this motion, counsel for Plaintiff represent as follows:

1. Defendants filed their reply brief on August 23, 2010 after being granted leave to file an oversized reply brief of 20 pages (Docket Entry No. 84). Defendants also filed five additional exhibits in support of their motion.

2. The 20-page reply brief contains numerous arguments of fact and law addressed to Plaintiff's claims against each of the two different Defendants. Plaintiff requests leave to file a short sur-reply in order to respond to certain arguments presented in Defendants' reply brief.

3. Defendants take no position on Plaintiff's motion.

4. Plaintiff requests that its sur-reply brief, not to exceed 12 pages, be due September 10, 2010, to accommodate counsel's previously-set travel schedules.

Respectfully submitted,

_____/s/_____
Jonathan B. Orleans  (ct05440)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
tel.:  (203) 330-2000
fax:  (203) 330-2288
email: jborleans@pullcom.com

Howard M. Shapiro (admitted *pro hac vice*)
Anne K. Small (admitted *pro hac vice*)
Charu A. Chandrasekhar (admitted *pro hac vice*)
Catherine Marlantes Rahm (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
tel.: (212) 230-8800
fax: (212) 230-8888
email: catherine.rahm@wilmerhale.com

*Attorneys for Plaintiff Emergent BioSolutions Inc.*

**CERTIFICATION**

      This is to certify that on this date, a copy of the foregoing Motion For Leave to File Sur-Reply was filed electronically and served by mail on any party or counsel unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

      Dated:  Bridgeport, Connecticut this 25 day of August, 2010.


                                                                  By: _____/s/_____
                                                                        Jonathan B. Orleans

ACTIVE/72650.1/JORLEANS/2227865v1