UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMERGENT BIOSOLUTIONS INC., <br><br>　　　　　　　　　Plaintiff, <br><br>v. <br><br>DANIEL D. ADAMS, AND <br><br>MANON M.J. COX, <br><br>　　　　　　　　　Defendants. | Civil Action No. 3:08-cv-1529 (VLB) <br><br> CERTIFICATE OF SERVICE <br><br> September 10, 2010 |

　　　I, Catherine Marlantes Rahm, hereby certify that on September 10, 2010, I caused a true copy of the Sur-Reply Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and the Sur-Reply Declaration of Anne K. Small in Further Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and accompanying exhibits to be filed electronically and served by mail on any party or counsel unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Dated:  September 10, 2010
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　By: /s/  Catherine Marlantes Rahm