UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EMERGENT BIOSOLUTIONS INC.,

                Plaintiff,

v.

DANIEL D. ADAMS, AND
MANON M.J. COX,

                Defendants.

Civil Action No. 3:08-cv-1529 (VLB)

November 2, 2010

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Emergent BioSolutions Inc., through its attorneys, and Defendants Daniel D. Adams and Manon M.J. Cox, through their attorneys, that the above-captioned civil action is hereby dismissed with prejudice and without costs or attorneys fees, and that the parties shall hereafter initiate no further proceedings in the action.

Dated: November 2, 2010

*Plaintiff Emergent BioSolutions Inc.*

By: _____
Jonathan B. Orleans # CT05440
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: (203) 330-2129
Fax: (203) 330-2088
jborleans@pullcom.com

1

*OF COUNSEL*
Howard M. Shapiro, *pro hac vice*
Anne K. Small, *pro hac vice*
Charu A. Chandrasekhar, *pro hac vice*
Catherine M. Rahm, *pro hac vice*
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
howard.shapiro@wilmerhale.com


*Defendants Daniel D. Adams and Manon M.J. Cox*

By: /s/

Steven Johnson, *pro hac vice*
Gabriel Berg, *pro hac vice*
Kennedy Johnson Gallagher LLC
99 Wall Street – 15th Floor
New York, New York 10005
Tel: (212) 248-2220
Fax: (212) 248-0170
sjohnson@kjglaw.com


Edward R. Scofield # CT00455
Zeldes, Neddle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
escofield@znclaw.com

2

## CERTIFICATE OF SERVICE

I, Jonathan Orleans, hereby certify that on November 2, 2010, I caused a true copy of the Stipulation of Voluntary Dismissal to be filed electronically and served by mail on any party or counsel unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Jonathan B. Orleans
Jonathan B. Orleans # CT05440
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: (203) 330-2129
Fax: (203) 330-2088
jborleans@pullcom.com